Andrew Moriarty
Amoriarty@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
United Parcel Service

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY KNOWLES,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED PARCEL SERVICE,<br><br>                    Defendant. | No. CV-06-312-AAM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of the parties and to Fed. R. Civ. P. 41(a)(1), it is hereby **ORDERED** that all claims asserted in this case are **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

DATED:   2/13/2007

s/ Alan A. McDonald
SENIOR UNITED STATES JUDGE

Presented by:

s/ Andrew Moriarty
Andrew Moriarty, WSBA #28651
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Fax: (206) 359-9000
E-mail: amoriarty@perkinscoie.com

Attorneys for Defendant UPS


Approved as to Form:

s/ C. Mark Casey
C. Mark Casey, WSBA #6476
MULLIN, CRONIN, CASEY & BLAIR, P.S.
Jockey Club Building, 3rd Floor
N. 115 Washington
Spokane, WA 99201
Telephone: (509) 455-7999
Fax: (509) 455-8327
E-mail: cmarkcasey@hotmail.com

Attorneys for Plaintiff




ORDER OF DISMISSAL WITH

PREJUDICE (NO. CV-06-312-AAM) –

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that on February 12, 2007 he caused to be served a copy of the foregoing document on the person(s) listed below in the manner shown:

C. Mark Casey
Mullin, Cronin, Casey & Blair, P.S.
Jockey Club Building, 3rd Floor
N. 115 Washington
Spokane, WA  99201
    Attorneys for Plaintiff

☐ United States Mail, First Class

☐ By Messenger

☐ By Facsimile

☒ By eFiling

Dated at Seattle, Washington, on February 12, 2007.

    s/ Andrew Moriarty
    Attorneys for Defendant
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
    Seattle, Washington 98101-3099
    Telephone:  (206) 359-8000
    Fax:  (206) 359-9000
    E-mail: AMoriarty@perkinscoie.com

ORDER OF DISMISSAL WITH PREJUDICE (NO. CV-06-312-AAM) –